

**SIGNED THIS 5th day of August, 2020**

*/s/ Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:

JOHN ALAN ROSS,

    Debtor(s).

Chapter 11
Case No. 20-50129

### ORDER DENYING MOTIONS OF WILLIAM A. TRUBAN, JR. AND RIDE ON MOTO, INC. AND TSSJ, LLC FOR LEAVE TO FILE LATE PROOF OF CLAIM

Upon the motion to file late claim by William A. Truban, Jr. and Ride On Moto, Inc. (docket #43) and motion to file late claim/joinder of TSSJ Holdings, LLC (docket #79), and objections to the motion filed by the Subchapter V Trustee (docket #60) and the Debtor (docket #62), and an opportunity for the parties to be heard at a hearing conducted by the Court on July 22, 2020, and for the reasons stated on the record by the Court, and good cause shown, it is hereby

ORDERED

that the motions be, and hereby are, DENIED.

*** End of Order***

SEEN:

WILLIAM A. TRUBAN, JR.

By: /s/ Kristen E. Burgers
Kristen E. Burgers (VSB No. 67997)

Hirschler Fleischer, P.C.
PO Box 500
Richmond, VA 23218-0500

RIDE ON MOTO, INC.

By: /s/ Kristen E. Burgers
Kristen E. Burgers (VSB No. 67997)
Hirschler Fleischer, P.C.
PO Box 500
Richmond, VA 23218-0500


JOHN ALAN ROSS

By: /s/ Andrew S. Goldstein
         Of Counsel
Magee Goldstein Lasky & Sayers, PC
Andrew S. Goldstein, Esq. (VSB #28421)
PO Box 404
Roanoke, VA  24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
Counsel for the Debtor

CHAPTER 11 Subchapter V Trustee

/s/ William E. Callahan, Jr.
William E. Callahan, Jr., Subchapter V Trustee
P.O. Box 40013
Roanoke, VA 24022-0013