IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| JOHN ALAN ROSS, | )   Chapter 11 |
|  | ) |
|  | )   Case No. 5:20-BK-50129 |
| Debtor. | ) |
|  | ) |

## MOTION FOR LEAVE TO WITHDRAW
## AND FOR SUBSTITUTION OF COUNSEL

Kristen E. Burgers and her firm, Hirschler Fleischer, P.C., hereby move this Court pursuant to Local Rule 2091-1 for leave to withdraw as counsel for William A. Truban, Jr. ("Truban") and Ride On Moto, Inc. ("ROM") in this case and for the substitution of Augustus C. Epps, Jr. and the firm Williams Mullen in their place and stead as counsel for William A. Truban, Jr. and Ride On Moto, Inc. herein.  In support thereof the undersigned represents to this Court as follows:

1. Kristen E. Burgers of Hirschler Fleischer, P.C. is currently counsel of record for Truban and ROM in this case.

2. Truban and ROM wish to secure new counsel to represent their interests in this case.

3. In accordance with the wishes of Truban and ROM, Kristen E. Burgers and Hirschler Fleischer, P.C. seek to withdraw as counsel in order to permit the substitution of Augustus C. Epps, Jr., and Williams Mullen as their counsel of record.  Counsel represents that Truban and ROM have been provided reasonable notice of the proposed withdrawal of Ms. Burgers and Hirschler Fleischer as their counsel herein and have consented to the proposed withdrawal and substitution of counsel, as evidenced by the signatures at the foot of this motion.

WHEREFORE, Kristen E. Burgers and Hirschler Fleischer, P.C. move this Court for entry of the attached order permitting them to withdraw as counsel to William A. Truban, Jr., and Ride On Moto, Inc. and substituting Augustus C. Epps, Jr. and the law firm Williams Mullen, P.C. as counsel of record in this case.

August 6, 2020  KRISTEN E. BURGERS and
HIRSCHLER FLEISCHER, P.C.


*/s/ Kristen E. Burgers*
Kristen E. Burgers (VSB No.67997)
HIRSCHLER FLEISCHER, P.C.
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
Telephone:   703.584.8900
Facsimile:   703.584.8901
E-mail:      kburgers@hirschlerlaw.com

*Withdrawing counsel for William A. Truban, Jr.
And Ride On Moto, Inc.*


AUGUSTUS C. EPPS, JR. and
WILLIAMS MULLEN


*/s/ Augustus C. Epps, Jr.*
Augustus C. Epps, Jr. (VSB No. 13254)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone:   804-420-6543
Facsimile:   804-420-6507
E-mail:      aepps@williamsmullen.com

*Substituting counsel for William A. Truban, Jr.
And Ride On Moto, Inc.*

      In accordance with Local Rule 2091-1, the undersigned, William A. Truban, Jr., and Ride On Moto, Inc., hereby consent to the withdrawal of counsel and the substitution of counsel requested above.

                                                       */s/ William A. Truban, Jr.*
                                                       WILLIAM A. TRUBAN, JR.

                                                       RIDE ON MOTO, INC.

                                                       By: */s/ James McCarthy*
                                                       Title:  President

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of August, 2020, I caused a copy of the foregoing Motion for Leave to Withdraw and for Substitution of Counsel to be served through this Court's CM/ECF system and by first class mail, postage prepaid, on the following:

> Andrew S. Goldstein, Esquire
> Magee Goldstein Lasky & Sayers, P.C.
> Post Office Box 404
> Roanoke, VA 24003
> *Counsel for Debtor*
>
> William E. Callahan, Jr., Esquire
> Gentry Locke
> Post Office Box 40013
> Roanoke, VA 24022
> *Subchapter V Trustee*

>  */s/ Kristen E. Burgers*
>  Kristen E. Burgers

43104387_1