

**SIGNED THIS 8th day of January, 2021**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| In re: | |
| JOHN ALAN ROSS, | Chapter 11 |
| Debtor. | Case No. 20-50129 |
| RIDE ON MOTO, INC., WILLIAM A. TRUBAN, JR., | |
| Plaintiffs, | |
| v. | Adv. P. No. 20-05009 |
| JOHN ALAN ROSS, | |
| Defendant. | |

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Bennett T. W. Eastham, Esquire (VSB No. 93484)
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email:  aepps@williamsmullen.com
        mmueller@williamsmullen.com
        beastham@williamsmullen.com
        jmclemore@williamsmullen.com

*Counsel for William A. Truban, Jr. and Ride On Moto, Inc.*

## **CONSENT DISMISSAL ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, Plaintiffs, Ride On Moto, Inc. and William B. Truban, Jr., and Defendant John Alan Ross, by counsel, having requested the voluntary dismissal of this action and all claims asserted therein, with each party to bear its own costs and attorneys' fees,

It is hereby ORDERED that this adversary proceeding be, and hereby is, DISMISSED.

* * * END OF ORDER * * *

WE ASK FOR THIS:

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Bennett T. W. Eastham, Esquire (VSB No. 93484)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email: aepps@williamsmullen.com
   mmueller@williamsmullen.com
   beastham@williamsmullen.com
   jmclemore@williamsmullen.com

*Counsel for William A. Truban, Jr. and Ride On Moto, Inc.*

<u>/s/ Andrew S. Goldstein by ACE Jr. with permission</u>
Andrew S. Goldstein, Esquire
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, VA  24003
Telephone: (540) 343-9800 Ext. 218
Email: <u>agoldstein@mglspc.com</u>

*Counsel for John Alan Ross*

44111528_1