UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

IN RE:

JOHN ALAN ROSS,

    Debtor(s).

Chapter 11 Subchapter V
Case No. 20-50129

## BALLOT SUMMARY

John Alan Ross, Debtor herein, submits the following summary of ballots received toward his Plan of Reorganization:

| Class | Claimant | Claim Amount | Vote |
|---|---|---|---|
| 2 | **Wells Fargo Secured Claim** | **$716,057.82** | **ACCEPTS** |
| 3 | **William A. Truban, Jr. Secured Claim** | **$170,000.00** | **REJECTS** |
| 4 | **General Unsecured Claims –
No ballots received except for William A. Truban, Jr.** | | **REJECTS to the extent his claim is a Class 4 claim** |

Date: January 13, 2021

Respectfully submitted,

JOHN ALAN ROSS

By: /s/ Andrew S. Goldstein
MAGEE GOLDSTEIN LASKY & SAYERS, P.C.
Andrew S. Goldstein, Esq. (VSB #28421)
Post Office Box 404
Roanoke, Virginia 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
*Counsel for the Debtor*



MAGEE GOLDSTEIN
LASKY & SAYERS
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

1